# Directions to Officer Making Return on Service

A copy of the notice/summons and petition must be served on each person. If any person refuses to receive the copy of the notice/summons and petition when offered to him/her, the return shall be prepared to show the offer of the officer to deliver the notice/summons and petition and the person's refusal to receive the same.

Service shall be made: (1) On Individual. On an individual, including an incompetent person not having a legally appointed guardian, by delivering a copy of the notice/summons and petition personally to the individual or by leaving a copy of the notice/summons and petition at the individual's dwelling house or usual place of abode with some person at least 18 years of age residing therein, or by delivering a copy of the notice/summons and petition to an agent authorized by appointment or required by law to receive service of process; (2) On Guardian. On an incompetent person who has a legally appointed guardian, by delivering a copy of the notice/summons and petition to the guardian personally.

Service may be made by an officer or deputy authorized by law to serve process in civil actions within the state or territory where such service is made.

Service may be made in any state or territory in the United States. If served in a territory, substitute the word "territory" for the word "state."

If served outside of Missouri, the officer making the service must swear an affidavit before the clerk, deputy clerk, or judge of the court of which the person is an officer or other person authorized to administer oaths. This affidavit must state the time, place, and manner of service, the official character of the affiant, and the affiant's authority to serve process in civil actions within the state or territory where service is made.

The return should be made promptly. **File only the Sheriff's or Server's Return with the court.**

Not an Official Court Document

# Order on Petition for a Court Order of Protection - Child

IN THE 11TH JUDICIAL CIRCUIT, ST. CHARLES COUNTY, MISSOURI

| Judge or Division: | Case Number: 2511-PN00339 |
|---|---|
| Petitioner:<br>MICHAEL LEWIS<br>vs.<br>DEONNA ANGRIEL ANDERSON<br>Respondent | FILED<br>MAR 12 2025<br>CIRCUIT CLERK<br>ST. CHARLES COUNTY |

Upon the filing of a verified petition, the court orders as follows:

☐ **Ex Parte Order of Protection to be issued by this court.** An immediate and present danger of domestic violence, including danger to the child(ren)'s pet(s), stalking, or sexual assault to the protected child(ren) was shown in the petition and the court finds:

- ☐ there is no prior order regarding custody involving Respondent and the child(ren) is pending or has been made, or
- ☐ Respondent is less than 17 years of age.

The ex parte order will take effect when entered and will remain in effect until a hearing on the full order of protection is held. A hearing on the petition shall be held as listed on the ex parte order.

- ☐ The court to enter an order appointing a guardian ad litem or court-appointed special advocate to represent the child victim(s).
- ☐ The court to direct the children's division to conduct an investigation and to provide appropriate services.
- ☐ The case is to be transferred to juvenile court for a hearing on a full order of protection.

☒ **Ex Parte Order is Denied,** a hearing on the petition shall be held as listed on the notice of hearing/summons on full order of protection form. An immediate and present danger of domestic violence, including danger to the child(ren)'s pet(s), stalking, or sexual assault to the protected child(ren) was not shown in the petition.

☐ **Ex Parte Order is Denied and Judgment of Dismissal is entered for the following reason:**

- ☐ The court lacks authority to hear this matter. The petition shall be filed in the county where the child(ren) reside(s), where the alleged incident of domestic violence, stalking, or sexual assault occurred, or where the respondent may be served.
- ☐ Petitioner is not authorized to seek relief in this court. The protected child(ren) has(have) not been subjected to domestic violence by a present or former family or household member or has(have) not been the victim of stalking or sexual assault.
- ☐ Petitioner has failed to state a claim upon which relief may be granted.

☐ Other: ______________________________

**SO ORDERED:**

3/12/2025
Date

[signature]
Judge



Not an Official Court Document

# Petition for a Court Order of Protection - Child

SAINT CHARLES County, Missouri Circuit Court
(County where court is located. City of Saint Louis is considered a county.)

Use this form to ask for a court Order of Protection on behalf of a child (person under 17 years of age unless otherwise emancipated) who has been a victim of domestic violence, stalking, or sexual assault. The Petitioner must be a parent, guardian, guardian ad litem, a court appointed special advocate, or a juvenile officer. Learn more: https://www.courts.mo.gov/page.jsp?id=383. If you have more than five children, complete the Petition for a Court Order of Protection-Child – Addendum. **Do not include the name of each child on this form. Include the name(s) on the Confidential Redacted Information Filing Sheet.**

Case Number 2511-PN00339
(Will be assigned by the court when case is filed)

Michael Lewis
(Your Name)
Petitioner,

You are the **Petitioner.** The Petitioner is the person who starts a court case.

I am the
- [x] parent or guardian of the child(ren).
- [ ] guardian ad litem for the child(ren).
- [ ] court appointed special advocate for the child(ren).
- [ ] juvenile officer.

FILED
MAR 12 2025
CIRCUIT CLERK
ST. CHARLES COUNTY

## Children needing protection:

**Protected Child One Initials Only:** M L
Age: 16 Sex: [x] F [ ] M

**Protected Child Two Initials Only:** ________
Age: ________ Sex: [ ] F [ ] M

**Protected Child Three Initials Only:** ________
Age: ________ Sex: [ ] F [ ] M

**Protected Child Four Initials Only:** ________
Age: ________ Sex: [ ] F [ ] M

**Protected Child Five Initials Only:** ________
Age: ________ Sex: [ ] F [ ] M

- [ ] I have more than five children needing protection. See Addendum for information on additional children.

And

Deonna Anderson
Respondent.
The **Respondent** is the person the child(ren) need(s) protection from.



Not an Official Court Document

This petition is being filed in the county where (check all that apply):

- [X] the child(ren) live.
- [X] the domestic violence, stalking, or sexual assault happened.
- [ ] Respondent may be served with this petition.

Not an Official Court Document

## A. Information about the people involved in this case

### Information about the protected child(ren).

**The person the child(ren) need(s) protection from will get a copy of this form.**

**Child One's Relation to Respondent**

Respondent (check all that apply):

- [X] is the child's parent.
- [ ] is the child's step-parent or former step-parent.
- [ ] lives with the child.
- [ ] used to live with the child.
- [ ] has stalked the child.
- [ ] has sexually assaulted the child.
- [ ] other: ______________________________.

The family home of the child is: (check the boxes that apply)

[ ] owned [X] rented [ ] other

by: [X] Respondent [ ] Petitioner [ ] Other (name) ______________________.

**Child Two's Relation to Respondent**

Respondent (check all that apply):

- [ ] is the child's parent.
- [ ] is the child's step-parent or former step-parent.
- [ ] lives with the child.
- [ ] used to live with the child.
- [ ] has stalked the child.
- [ ] has sexually assaulted the child.
- [ ] other: ______________________________.

The family home of the child is: (check the boxes that apply)

[ ] owned [ ] rented [ ] other

by: [ ] Respondent [ ] Petitioner [ ] Other (name) ______________________.

**Child Three's Relation to Respondent**

Respondent (check all that apply):

☐ is the child's parent.
☐ is the child's step-parent or former step-parent.
☐ lives with the child.
☐ used to live with the child.
☐ has stalked the child.
☐ has sexually assaulted the child.
☐ other: ________________________________________________.

The family home of the child is: (check the boxes that apply)

☐ owned ☐ rented ☐ other

by: ☐ Respondent ☐ Petitioner ☐ Other (name) ______________________.

**Child Four's Relation to Respondent**

Respondent (check all that apply):

☐ is the child's parent.
☐ is the child's step-parent or former step-parent.
☐ lives with the child.
☐ used to live with the child.
☐ has stalked the child.
☐ has sexually assaulted the child.
☐ other: ________________________________________________.

The family home of the child is: (check the boxes that apply)

☐ owned ☐ rented ☐ other

by: ☐ Respondent ☐ Petitioner ☐ Other (name) ______________________.

**Child Five's Relation to Respondent**

Respondent (check all that apply):

☐ is the child's parent.
☐ is the child's step-parent or former step-parent.
☐ lives with the child.
☐ used to live with the child.
☐ has stalked the child.
☐ has sexually assaulted the child.
☐ other: ________________________________________________.

The family home of the child is: (check the boxes that apply)

☐ owned ☐ rented ☐ other

by: ☐ Respondent ☐ Petitioner ☐ Other (name) ______________________.

☐ See Addendum for information on additional children's relation to Respondent.

Not an Official Court Document

**Information about the person the child(ren) need protection from. The court and law enforcement will use this section to try to find Respondent. Fill in as much information as you can.**

Not an Official Court Document

Other names Respondent is known by (list all): DeOnna Anderson

Age: ______ Is ☐ at least 17 years of age or emancipated ☐ under 17. (Emancipated means no longer under the control, support, and responsibility of a parent or guardian.)

Race and Ethnicity: (Select one or more) ☐ American Indian or Alaska Native ☐ Asian ☒ Black or African American ☐ Native Hawaiian or other Pacific Islander ☐ White ☐ Hispanic or Latino ☐ Middle Eastern or North African (MENA) ☐ Other ☐ Unknown

Sex: ☐ Male ☒ Female Height: 4'8" or 5 Weight: ______

Hair (Select one): ☐ Blond ☒ Black ☐ Blue ☐ Brown ☐ Green ☐ Grey ☐ Orange ☐ Pink ☐ Purple ☐ Red ☐ Sandy ☐ Unknown or Completely Bald ☐ White

Eyes (Select one): ☐ Black ☐ Blue ☐ Brown ☐ Dichromatic ☐ Green ☐ Grey ☐ Hazel ☐ Multicolored ☐ Maroon ☐ Pink ☐ Unknown

Identifying marks (Examples: tattoos, birthmarks, braces, scars, mustache, beard, pierced ear, glasses): Unknown

Home address: 531 Molina way

City: ______ County: St. Charles MO. 63304

Phone number: ______

Work name: ______

Work address: ______

Work phone: ______ Work hours: ______

Other places law enforcement may find Respondent to serve the paperwork:

______

Does Respondent have social media accounts such as Facebook, Snapchat, TikTok, Instagram, etc.? ☐ Yes ☐ No If yes, list the account(s) and user name(s): ______

Not an Official Court Document

Does Respondent carry a weapon or firearm? ☐ Yes ☐ No

If Yes, list the weapon(s) or firearm(s): ______________________

Is Respondent on Probation or Parole? ☐ Yes ☐ No

If Yes, name of Probation or Parole Officer: ______________________

Is Respondent currently in jail? ☐ Yes ☐ No

What type of vehicle(s) does Respondent drive? (Include vehicle make, model, year, color, license plate number) ______________________

## B. Explain what happened

**Check all boxes that apply. List all dates and locations for each box selected. If the exact date(s) and location(s) is not known, list the approximate date(s) and describe the location(s) the best you can. Select the box for each child who is a victim of the act of domestic violence, stalking, or sexual assault. You will be asked to provide details below.**

Respondent knowingly and intentionally:

☐ caused or attempted to cause physical harm to the child(ren).

☐ Child One ☒ Child Two ☐ Child Three ☐ Child Four ☐ Child Five

Date(s): 2/16/25 10:10 am

Location(s): 4th hour Study Hall Stalking And agitated cituation

☐ placed or attempted to place the child(ren) in fear of immediate physical harm.

☐ Child One ☒ Child Two ☐ Child Three ☐ Child Four ☐ Child Five

Date(s): 2/25/25 1:37 pm

Location(s): 7th hour, Hideing in class

☐ coerced the child(ren). Respondent threatened or forced the child(ren) to do something the child(ren) did not want to do.

☐ Child One ☒ Child Two ☐ Child Three ☐ Child Four ☐ Child Five

Date(s): 9-4-23

Location(s): Stephin Ridge court, Stalked, Harrased, And Followed Home

☒ stalked the child(ren). Two or more times Respondent followed the child(ren), watched the child(ren), threatened the child(ren), communicated with the child(ren), or caused somebody to do those things to the child(ren). It caused the child(ren) to be in fear of physical harm.

☐ Child One ☐ Child Two ☐ Child Three ☐ Child Four ☐ Child Five

Dates: ______________________________

Locations: ______________________________

☐ harassed the child(ren). More than one time, Respondent caused substantial emotional distress to the child(ren) by following the child(ren), looking in the window, lingering outside the residence, or doing something else to distress the child(ren).

☐ Child One ☐ Child Two ☐ Child Three ☐ Child Four ☐ Child Five

Dates: ______________________________

Locations: ______________________________

☐ sexually assaulted the child(ren). Respondent used force, threat of force, or duress to make the child(ren) perform a sexual act against the child(ren)'s will.

☐ Child One ☐ Child Two ☐ Child Three ☐ Child Four ☐ Child Five

Date(s): ______________________________

Location(s): ______________________________

☐ unlawfully imprisoned the child(ren). Respondent refused to let the child(ren) leave when the child(ren) wanted to leave.

☐ Child One ☐ Child Two ☐ Child Three ☐ Child Four ☐ Child Five

Date(s): ______________________________

Location(s): ______________________________

☐ followed the child(ren) from place to place.

☐ Child One ☐ Child Two ☐ Child Three ☐ Child Four ☐ Child Five

Date(s): ______________________________

Location(s): ______________________________

☐ abused the child(ren)'s pet(s).

☐ Child One ☐ Child Two ☐ Child Three ☐ Child Four ☐ Child Five

Date(s): ______________________________

Location(s): ______________________________

☐ threatened to do any of the above.

☐ Child One ☐ Child Two ☐ Child Three ☐ Child Four ☐ Child Five

Date(s): ______________________________

Location(s): ______________________________



Not an Official Court Document

☐ See Addendum for information on what happened to additional children needing protection from Respondent.

This is what happened (include specific details):

⚠ **Do not include the name of any child in the details. Use "the child", "the children", "Child One", "Child Two", etc. or the child's initials.**

On 2/6/25 the Respondents child was in 4 hour class My daughter had to leave her class. on 2/25/25 Respodent's daughter was hiding in 7th hour class, on 9/15/23 Respondents daughter and My daughter Faat on The School bus. Previous to this Respondent Followed And Harrased child one while walking home From Bus Stop with There is Ring Camera Footage to Support That Situation, The School Also has Camera Footage to Support The hiding in Class Room Situation which they Said They would Relese once The Court Supoena them For it.

Not an Official Court Document

An immediate and present danger of domestic violence, stalking, or sexual assault to the child(ren) exists because (describe):

Not an Official Court Document

⚠ **Do not include the name of any child. Use "the child", "the children", "Child One", "Child Two", etc. or the child's initials.**

Had one Fight already And Stalking radjitating the situation is Going To lead to Another

☒ I have photographs, text messages, phone messages, or other evidence of the abuse.

## C. I request the court

Issue an emergency temporary order of protection (Ex Parte Order of Protection) restraining Respondent from acts of domestic violence, stalking, and sexual assault against the protected child(ren). I am also requesting the court to issue a Full Order of Protection against Respondent after a hearing on this petition to protect the child(ren) from acts of domestic violence, stalking, and sexual assault for a longer period of time as determined by the court.

Use this section to ask the court for what you want in the case. **Check all boxes that apply.**

1. **I want the court to order Respondent NOT to:**
   - ☒ commit or threaten to commit domestic violence, stalking, sexual assault, molesting, or disturbing the peace of the protected child(ren).
   - ☒ abuse or threaten to abuse the protected child(ren)'s pet(s).
   - ☒ enter the family home of the protected child(ren), located at ______________________.
   - ☒ enter the school(s) of the protected child(ren), located at ______________________.
   - ☒ enter the place of work of the protected child(ren), located at ______________________.

- [x] come within 250' (feet) of the protected child(ren).
- [x] communicate with the protected child(ren) by phone, email, text, social media, or in any other way.
- [x] have any contact with the protected child(ren) except as specifically authorized by the court order.
- [ ] other: ______________________________________________

☐ I am requesting the Ex Parte Order of Protection exclude Respondent from the family home of the protected child(ren) because:

- It is in the best interest of the child(ren) to remain in the home;
- A substantial risk to the child(ren) exists unless Respondent is excluded; and
- A remaining adult family or household member is able to care adequately for the child(ren) in the absence of Respondent.

2. ☐ **Award custody and visitation of the protected child(ren).**

⚠ The court cannot change custody if a prior order regarding custody is pending or has been made.

Who should receive custody of each child?

| Child | Person to Receive Custody | Relationship to Parties | Temporary | Full |
|---|---|---|---|---|
| Child One | | | ☐ | ☐ |
| Child Two | | | ☐ | ☐ |
| Child Three | | | ☐ | ☐ |
| Child Four | | | ☐ | ☐ |
| Child Five | | | ☐ | ☐ |

☐ See Addendum requesting custody and visitation for additional children.

**Is there court case for custody for the child(ren) identified above?**

☐ No ☐ Yes

If yes, select which child(ren) and enter the case number(s):

☐ Child One ☐ Child Two ☐ Child Three ☐ Child Four ☐ Child Five

Case number(s): ______________________________________________



Not an Official Court Document

☐ Award visitation with the child(ren) as follows: ______________________________

Not an Official Court Document Not an Official Court Document Not an Official Court Document

3. **Order Respondent to pay child support, maintenance, other support, court fees, or for injuries I received.**

**Child support** is money paid by one parent to the other parent or guardian for the financial support of a child. Child support may be ordered by a court or child support enforcement agency.

**Maintenance** is money paid by one spouse to the other spouse for financial support.

☐ I ask Respondent to pay $ __________ in **child support** to me every ☐ week ☐ month.
☐ I ask Respondent to pay $ __________ in **maintenance** to me every ☐ week ☐ month.
☐ I ask Respondent to pay $ __________ to me for **rent or mortgage payments to the residence occupied by the protected child(ren)** ☐ per week ☐ per month.
☐ I ask Respondent to pay $ __________ to me for **reasonable housing or other services provided to the protected child(ren) by a shelter for victims of domestic violence** ☐ per week ☐ per month.
☐ I ask Respondent to pay $ __________ to me for **medical treatment or services provided to the protected child(ren) as a result of injuries sustained by an act of domestic violence committed by Respondent.**
☐ I ask Respondent to pay **court costs.**
☐ I ask Respondent to pay **attorney fees.**

4. ☐ **Order Respondent to participate in a:**
   ☐ court-approved counseling program designed to help stop violent behavior.
   ☐ substance abuse treatment program.

5. **Other**

☒ Order the full order of protection to automatically renew unless Respondent asks for a hearing at least 30 days before the order expires.

☐ Order Respondent to give me wireless telephone number(s) and billing responsibilities. I have completed the Wireless Telephone Number Transfer Addendum form. https://www.courts.mo.gov/file.jsp?id=105013

☐ Award possession and care of the child(ren)'s pet(s) to me and order Respondent to pay for medical costs that resulted from abuse of the pet(s).

☐ Order my residential address on my voter's registration record to be closed to the public.

☐ Other (specify): ______

## D. Signatures

I swear or affirm under penalty of perjury that the facts are true according to my best knowledge and belief. **I understand that a copy of my petition will be served upon Respondent.**

☒ I certify no confidential information is included on this document.

[signature] 3-7-25

Sign Date

______ ______

Attorney Signature (if applicable) Date

______

Attorney's name, bar number

______

Attorney's address, telephone number

X ML

AG

Not an Official Court Document

leah Denise Clark Age: 18 Mother: DeDone Anderson

2/10/25 10:10am
leah was in my 4th hour study hall i left an ask to go to the library

2/25/25 1:37pm
leah was hiding in my 7th hour but i left when i came back from the [illegible] to get her out of my classroom in the hall said [illegible] leave my class-room

9/5/23
leah an i fought, i started, she filed papers on me couple days after the fight (her mom leah was 17 at this time)

9/14/23
leah an her [illegible] called the home an stake a an harass me by calling me names an telling me to go to her house
(this is the reason of the fight on the [illegible])

Not an Official Court Document

FILED
MAR 12 2025
CIRCUIT CLERK
ST. CHARLES COUNTY

2511-PN00339

# Adult/Child Protection Instructions from the Court

As a participant in the process of an Adult Abuse case or a Child Protection case the Court believes that there are certain facts that may assist you in this matter:

1. Do Not Be Late. If you are late your case may be dismissed if you are a petitioner, or an Order of Protection may be issued by Default, if you are the Respondent.
2. Please review carefully the Order you have received to determine the Date, Time And Place of the hearing.
3. If you intend to have an Attorney represent you, contact the Attorney before the court date so he/she will be present to assist you.
4. When you arrive have a seat in the Courtroom. Because of the size of the docket, only parties will be allowed in the Courtroom at the First Call of the docket. Your witnesses, if any, should sit in the hall.
5. At the First Call of the docket you will be asked to identify yourself to the Judge. Make sure the Judge acknowledges that you are in the Courtroom.
6. At the First Call the Court will determine the presence of the parties.
7. **If the Petitioner is present, and the Respondent is not present the Court MAY issue an Order of Protection by default, after appropriate hearing and the Court will assess Court Costs against the Respondent.** If the Respondent is not present because he/she has not been served with the petition, the Court will place the matter on the Second Call list.
8. At the Second Call the Court will ask if the Petitioner has a better address to serve the Respondent. The Petitioner may seek the services of a Special Process Server to help serve the Respondent. The Special Process server is employed by the Petitioner at a cost that may be between $50 to $150 and more. If we are unable to provide a better address and the Petitioner does not elect to use a Special Process Server to find the Respondent the case may be dismissed.
9. If the Petitioner fails to appear, the case may be dismissed at the First call of the docket. If you are a Respondent and the Petitioner says they are not going to appear, you are well served to appear yourself to assure that the case is dismissed.
10. If both parties appear, the Respondent will be asked if he/she is willing to enter into a Consent Order, or would prefer to have the matter heard at Trial. If a trial is held, it will usually be held that day. If a Consent Order is entered the Order will indicate that the Respondent is not admitting that any act of abuse/stalking has occurred and the Court is not making any finding that the Respondent is an abuser. If a Trial is held the Court may or may not grant the Petition. If the Petition is

Not an Official Court Document

IN THE SAINT CHARLES COUNTY MUNICIPAL COURT
SAINT CHARLES COUNTY, MISSOURI

FILED
MAR 17 2025
CIRCUIT CLERK
ST. CHARLES COUNTY

MICHAEL LEWIS , CASE NO. 2511-PN00339
Petitioner, Pro Se ,
,
vs ,
,
DEONNA ANDERSON ,
Respondent, Pro Se , MOTION FOR DISMISS WITH PREJUDICE

MOTION TO DISMISS WITH PREJUDICE

COMES NOW, Respondent, Pro Se, and hereby files this motion to dismiss with prejudice for a showing using the Judicial System for filing a frivolous and retaliation claim for due to cases 2311-PN01497 and 2511-PN00243 for the following valid and convincing reasons:

1. Petitioners knowingly and willfully filed this case after an extension for Protection Order in case 2311-PN01497 and case 2511-PN00243 as the dates of activities and filing was after the original extension in the attachments.
2. Petitioners knowingly and willfully filed this case and did not include that Petitioner's child Michaela Lewis, in which this case is filed for, violated this original Protection Order 2311-PN01497 with activities dated back to June 2024, and an open case is pending for this.
3. Petitioners knowingly and willfully named Respondent as for this case, but included documented school activities against Respondent's adult child that does not include the Respondent both in February 2025.
4. Petitioners knowingly and willfully left out that M.L. and another individual that was on the bus the day of the physical attack, yelled things and bullied L.C. during the fire drill on 09/01/2023 on the football field prior to school ending.
5. Petitioners knowingly and willfully left out that others heard and reported to the school M.L. and her friends Bryel Savage threatened to attack my child at the beginning of the school year; clearly leading to this being planned and it is documented in their school file.

6. Petitioners knowingly and willfully included the day of 09/01/2023 Respondent's child fell asleep on the bus and missed her bus stop, so Respondent had to drive around to pick her up. While picking her up, Petitioner's child, Michaela Lewis, known as M.L. going forward, yelled swearing language at Respondent and her child for the second time that year.
7. Petitioners knowingly and willfully left out that Petitioner M.L. threatened to get her mom on Respondent on 09/01/2023 and come to Respondent's home.
8. Petitioners knowingly and willfully left out of this case that Petitioner M.L. has threatened Respondent at her apartment complex; prompting Respondent to notify the leasing office, and input cameras to catch M.L.
9. Petitioners knowingly and willfully left out of this case that Respondent M.L. has been walking "towards," instead of "away" from Respondent's adult child Leah Clark, known as L.C. going forward, and coming within 100 feet violating the protection order since November 2024.
10. Petitioners knowingly and willfully left out of this case that she plead guilty to charges for the physical assault on camera on the school bus dated 09/05/2023 in which she attacked Respondent's adult child, L.C., in an unprovoked manner, and confessed that it was pre-planned.
11. Petitioners knowingly and willfully left out that M.L. accepted the original Protection Order in case 2311-PN01497 in which states that M.L. has been stalking and bullying L.C. for months before finally attacking her, thus in the court documents will show M.L.'s side tried to argue for a dismissal and the Judge stated no due to the following to the classroom, stalking, and attack he was going not going to dismiss the order and thus ultimately grant the protection order.
12. Petitioners admitted and swore in this filing that "had one fight already and stalking & adjitating the cituation is going to lead to another" which is a clear and imminent threat and a danger to the Respondent and her adult child L.C.
13. In above paragraph 10, it appears that the petitioner is admitting guilt and threatening that they can not control themselves and will attack again in the future.
14. Petitioner knowingly and willfully stated that there is video footage supporting that Respondent and L.C. following M.L. home, however, the video footage from case 2311-PN01497 shows an outside party talking to another outside party, and the words on there outside of the two outside parties are not legible. Thus, the Petitioners deceitfully provided sworn testimony to this.
15. Petitioners knowingly and willfully sworn to L.C. hiding in M.L.'s classroom, when in fact, negligence on the school's part gave them the same teacher, and L.C. and other students went to visit said teacher, found that there were no seats to sit in,

and "squatted" down in the classroom; not "hiding." The Petitioners sworn that there is video footage of this and is expected to provide such.

16. Petitioners knowingly and willfully sworn that L.C. arrived in M.L.'s 4th hour class; however, L.C. was assigned to that class all day on 02/06/2025 by the school staff and there is documentation to prove this.
17. Petitioners knowingly and willfully sworn that L.C. arrived in M.L.'s 4th hour class on 02/16/2025; however, this day was a Sunday and school was closed, thus deceiving the court from facts.
18. Petitioners knowingly and willfully sworn to Respondent and L.C. following her home on 09/04/2023; however, that was Labor Day holiday and we were not home on this day; thus deceiving the court from facts.
19. Respondent has not seen M.L. since the day of the physical attack outside of the court cases, and Respondent has not seen either of the Petitioners unless there was a court proceedings; further refuting claims that Respondent is "stalking and adjitating" but "adjitating" is actually spelled "agitating" and "cituation" should be spelled "situation" if this is what the Respondents meant in the original filing.

WHEREFORE, the Respondent, Pro Se, respectfully request this Honorable Court to dismiss the Petitioners actions with Prejudice, and award Respondent loss of wages and emotional distress in the amount of $5,000, based on truthful and lawful facts. For reasons of the implementation of Petitioners, coupled with the incurable legal insufficiency to maintain this action, and the lack of subject matter jurisdiction of the Court; this wrongful Protection Order must be dismissed.

Respectfully submitted,

____________________

DeOnna Anderson, Plaintiff

Not an Official Court Document

Not an Official Court Document

IN THE SAINT CHARLES COUNTY MUNICIPAL COURT
SAINT CHARLES COUNTY, MISSOURI

MICHAEL LEWIS , CASE NO. 2511-PN00339
Petitioner, Pro Se ,

,

vs ,

,

DEONNA ANDERSON ,
Respondent, Pro Se , MOTION FOR AN EXTENSION

FILED
MAR 17 2025
CIRCUIT CLERK
ST. CHARLES COUNTY

## MOTION FOR AN EXTENSION OF TIME

COMES NOW, Respondent, Pro Se, and hereby files this motion for an extension of time/new court date to serve subpoenas on the school district for documentation, videos, testimony, court transcripts, and all other important factors to support this case per state laws. The subpoenas will need to be served at least 10 days prior to the court date. Respondent was not served in time to file subpoenas for this case.

1. School Administration and staff will need time to be served the subpoena and gather the video documents, records, and prepare testimony.

WHEREFORE, the Respondent, DeOnna Anderson, Pro Se, respectfully requests this Honorable Court to enter an Order granting this Motion for Extension of Time to respond to this case; and any further relief this Honorable Court deems just and proper under the circumstances.

Respectfully submitted,

________________________

DeOnna Anderson, Respondent

IN THE SAINT CHARLES COUNTY MUNICIPAL COURT
SAINT CHARLES COUNTY, MISSOURI

FILED
MAR 17 2025
CIRCUIT CLERK
ST. CHARLES COUNTY

MICHAEL LEWIS , CASE NO. 2511-PN00339
Petitioner, Pro Se ,
,
vs ,
,
DEONNA ANDERSON ,
Respondent, Pro Se , MOTION TO PRODUCE DISCOVERY

## MOTION TO PRODUCE DISCOVERY

COMES NOW, Respondent, Pro Se, and hereby files this motion for Respondents to Produce all and complete discover of documentation, videos, testimony, and all other important factors to support this case per state laws per the Petitioners filing.

WHEREFORE, the Respondent, DeOnna Anderson, Pro Se, respectfully requests this Honorable Court to enter an Order granting this Motion for Produce Discover to respond to this case; and any further relief this Honorable Court deems just and proper under the circumstances.

Respectfully submitted,

_______________________

DeOnna Anderson, Respondent

Not an Official Court Document

IN THE SAINT CHARLES COUNTY MUNICIPAL COURT
SAINT CHARLES COUNTY, MISSOURI

Michael Lewis , CASE NO. 2511-PN00339
Petitioner, Pro Se ,
,
vs ,
,
DeOnna Anderson ,
Respondent, Pro Se ,

FILED
MAR 17 2025
CIRCUIT CLERK
ST. CHARLES COUNTY

Not an Official Court Document

DEFENDANT'S ANSWER AND COUNTERCLAIM TO CONFIRMED TITLE

COMES NOW, Respondent, Pro Se, and hereby files her answer to the Complaint and Counterclaim to Confirm Title in the above styled and numbered cause on March 26, 2025, stating the following facts:

1. Petitioners stated in sworn facts to the above case that the Respondent's adult child, Leah Clark, known going forward as L.C., arrived in Michaela Samiyah Lewis, known going forward as M.L., class in 4th study hall class on 02/06/2025. Respondent acknowledges that L.C. was assigned ISAP for the entire day and was already in this classroom before M.L. arrived. L.C. has documentation sent from Francis Howell High School, known going forward as FHHS and/or school, that supports this.

2. Petitioners stated in sworn facts to the above case that L.C. arrived in M.L.'s classroom and was "hiding" in her classroom. L.C. acknowledges arriving to the classroom unknown that M.L. was there. L.C. has that teacher as well, but for a different hour. L.C. and other arrived to speak with the teacher, and noticed no chairs were available inside the class, so they "squatted" down on the floor. Once L.C. was informed that M.L. was in that class, she proceeded to leave; however, before she could walk out, M.L. walked out of the class first. Petitioners admitted in sworn facts that there is clear video footage of L.C. "hiding" in this class room, and Respondent is expected to be provided a copy showing this sworn fact.

3. Petitioners stated in sworn facts to the above case that Respondent and L.C. followed M.L. home from school on 09/04/2023, and stalked, harassed, called her names, and told her to come to our house. Then Petitioners also sworned that on 09/05/2023 and 09/09/2023 that M.L. and L.C. fought. Respondent states that Petitioners claim is mostly false. On 09/01/2023, L.C. admittedly missed her bus

stop from being asleep, then called Respondent to pick her up. L.C. was walking from the last bus stop trying to meet Respondent. Once I picked L.C. up, M.L. yelled swearing languages at Respondent and L.C., and was met with swearing language back. Then M.L. stated she was going to get her mom, and Respondent confirmed that she heard that message and/or deemed threat then informed M.L. that she would be at her house. Respondent sent an email to the school confirming this interaction, and warned them that M.L. threated to attack L.C. and they would need to watch over and protect L.C. On 09/04/2023, M.L. sneakily attacked L.C. which is clear on video, then proceeded to record and take pictures of L.C. She sent the pictures to her friend group, whom started this melee, and the friend group ring leader, Kirsten Waters, and Bryel Savage, uploaded them on social media. All of this evidence was provided in case 2311-PN01497. Assault charges were filed the same day, and M.L. plead guilty and accepted punishment. A protection order was also filed, and M.L. accepted this order. In this order attached in which M.L. accepted and agreed, she stalked, bullied, and harassed L.C. M.L. also exchanged words with the Respondent near their own home. Petitioners sworned that there is clear video footage of said events that clearly shows the face and bodies of M.L., L.C., and Respondent.

**COUNTERCLAIM**

COMES NOW, Respondent, Pro Se, and hereby makes her Answer a Counterclaim, adopting by reference all statements made herein before, and for cause of action states the following facts that the Petitioners knowingly and deceitfully left out of this case:

1. Petitioners knowingly and deceitfully left out that a friend, Nylan Umstead went to get M.L. and Bryel Savage, and all three arrived to L.C.'s classroom on 05/19/2023 to fight her; seen on school video footage by Assistant Principal Jonathan Schultz.

2. Petitioners knowingly and deceitfully left out that on 05/26/2023, the last day of school, M.L. followed L.C. off the bus, into our apartment complex, and yelled "What the fuck did you say? That's what I thought cause we can fight."

3. Petitioners knowingly and deceitfully left out that on 09/01/2023, during a bomb threat while the students were on the football field, M.L. and another student (shown on the attack video sitting next to M.L.), yelled bullying statements to L.C.

4. Petitioners knowingly and deceitfully left out that on 09/01/2023 that M.L. yelled swearing words and lobbied a fight at Respondent and L.C., but ultimately M.L. stated that she was going to get her mother as a threat.

5. Petitioners knowingly and deceitfully left out that M.L. confessed in a written statement that on 09/05/2023 she stalked, looked for L.C. all during school that day, and pre-planned a physical attack/ambush.

6. Petitioners knowingly and deceitfully left out that M.L. unprovokingly attacked L.C. on the school bus, took photos, and FaceTimed her mother (per her words).

7. Petitioners knowingly and deceitfully left out that M.L. admitted, and plead guilty to assault charges in case number 23-04771 that included all of these facts plus more, and accepted her sentenced.

8. Petitioners knowingly and deceitfully left out that M.L. admitted and accepted the Protection Order in case 2311-PN01497 and court transcripts will show that M.L.'s side tried to argue a motion to dismiss in which the Judge made it clear that she's been stalking and coming to L.C.'s class so he will not dismiss the matter, thus granting the Protection Order.

9. An extension to case number 2311-PN01497 was filed on 01/13/2025 due to several violations by M.L. with a temporary extension being granted on 01/13/2025, along with a hearing date of 02/20/2025.

10. Due to L.C. turning 18 years old, case number 2511-PN00243 was filed on 02/21/2025 to hear the violations and continuance in case number 2311-PN01497.

11. Petitioners knowingly and deceitfully left out that from L.C. memory, since November 2024, M.L. has been walking towards L.C. at school instead of walking away and staying at least 100 feet away at school and 200 feet away outside of school.

12. Petitioners knowingly and deceitfully left out that M.L. continues to come into our apartment complex and stare at our home, as she was spotted by others.

13. Petitioners knowingly and deceitfully left out that M.L. and her mother, Velencia Lewis, drove near L.C. on 06/21/2024 around 6PM in a gray Jeep, stared and said words to her.

14. Petitioners knowingly and deceitfully left out that M.L. sent evidence of the attack to the ring leader of the friend group Kirsten Waters, whom then boasted that her crew fought against her enemies for her via snapchat on "michaelaa.otww."

15. Petitioners filed this case after a temporary extension was granted to case 2311-PN01497 and included events after that date as well, thus, showing a retaliation using the Judicial system which could lead to criminal charges.

16. Petitioners sworn that this is going to lead to another physical altercation, thus threatening L.C. in which their sworn testimony should be taken into consideration for criminal charges and will be used in case 2511-PN00243 as they can not control themselves for wanting to harm L.C.

17. Respondent has incurred lost wages of $501.50, average mileage to court of 9.3 miles for gas cost of $2.7899 which costs $25.94607, bringing this suit brought by both Petitioners and the Court should award Respondent her damages against the Petitioners in the amount of $527.44607 based upon the provisions of this frivolous lawsuit statute.

18. WHEREFORE, Respondent brings this cause of action under her Counterclaim and prays for a Judgement awarding her the loss of wages and emotional distress in the amount of $5,000 connecting to defending this suit.

Respectfully submitted,

________________________

DeOnna Anderson, Respondent

Not an Official Court Document

# Fw: Student Safety: Bullying, Harassment, and Discrimination

From: DeOnna Anderson (deonnaanderson@yahoo.com)

To: dave.wedlock@fhsdschools.org; theresa.maher@fhsdschools.org; lucas.lammers@fhsdschools.org

Date: Friday, September 15, 2023 at 01:33 PM CDT

Hello All,

Michaela Lewis is back online posting again. I'm in the process of asking others to send me her initial post about the fight where she said she just up and hit Leah. This little girl is wreckless and can care less about anything.

Not an Official Court Document




Not an Official Court Document

Sent from Yahoo Mail for iPhone

Begin forwarded message:

On Thursday, September 14, 2023, 7:59 AM, donotreply@francishowellmo.mg.infinitecampus.org wrote:

Hello Vikings,

In order to ensure a safe learning environment for students at FHHS, the Francis Howell School District has enacted the following policies regarding bullying, harassment, and discrimination.

Bullying and Harassment

The District is committed to maintaining a learning and working environment free of any form of bullying or intimidation. Bullying is strictly prohibited on school grounds, on school-time, at a school sponsored activity or in a school-related context. Bullying is the intentional action by an individual or group of individuals to inflict intimidation, unwanted aggressive behavior, or harassment that is repetitive or is substantially likely to be repeated and causes a reasonable student to fear for his or her physical safety or property; substantially interferes with the educational performance, opportunities, or benefits of any student without exception; or substantially disrupts the orderly operation of the school. Bullying may consist of physical actions, including gestures, or oral, cyber bullying, electronic, or written communication, and any threat of retaliation for reporting acts of bullying.

Cyber bullying means bullying as defined above through the transmission of a communication including, but not limited to, a message, text, sound or image by means of an electronic device including, but not limited to, a telephone, wireless telephone or other wireless communication device, computer, or pager. The District may prohibit and discipline for cyber bullying that originates on any District campus or at a District activity if the electronic communication was made using the school's technological resources, if there is a sufficient nexus to the educational environment, or if the electronic communication was made on the District's campus or at a District activity using the student's own personal technological resources. Further, students who engage in significant acts of misconduct off campus which materially and adversely impact the education of District students will be subject to discipline.

Discrimination

The District is committed to maintaining a workplace and educational environment that is free from discrimination, harassment, and retaliation in admission or access to, or treatment or employment in, its programs, services, activities and facilities. The District is committed to providing equal opportunity in all areas of education, recruiting, hiring, retention, promotion and contracted service. In its programs and activities, the District does not discriminate on the basis of race, color, national origin, ancestry, religion, sex, sexual orientation, gender identity, disability, age, genetic information, or any other characteristic protected by law and as required by Titles VI and VII of the Civil Rights Act of 1964, Title IX of the Education Amendments of 1972, Section 504 of the Rehabilitation Act of 1973, the Age Discrimination Act of 1975 and Title II of the Americans with Disabilities Act of 1990, and state law.

Students found to be in violations of these policies are subject to consequences under the District's Student Code of Conduct. If your Viking has experienced these behaviors at FHHS, please report those concerns to a FHHS teacher, counselor, or administrator so that these circumstances can be addressed.

As part of the FHHS proactive effort to inform students of these expectations, students reviewed the student handbook and District's Code of Conduct on the first day of school, participated in discussions and helped to define what Respect, Integrity, Scholarship, and Empathy (RISE) look like at FHHS, and Wednesday this week, all 9th grade PE and Health classes heard a presentation from the administration about harassment. In the presentation to 9th graders, the purpose was to clearly define how harassment can demean another person and distract them from attention to their access to education. More specifically, the following items were reviewed:

- The value of each individual's strengths and the overall effort to ensure students feel like they belong at FHHS

- The importance of thinking before you speak and being aware of how your comments can wound others unintentionally.
- The physical, emotional, and electronic forms of harassment/ demeaning behavior.
- And a few examples of what this behavior looks like so that students understand why it can be hurtful and a violation of the District's Code of Conduct. These examples include students possessing or transmitting pornographic material; students sending/sharing inappropriate jokes; students harassing others; and students "pantsing" other students.

Going forward, we ask that you partner with us in engaging your student(s) in conversations and sharing your expectations for appropriate behavior in real life and in the virtual world. If you would like assistance in beginning one of these conversations, please contact a Viking counselor or administrator and we will be happy to talk with you and share resources.

Thank you,

Dave Wedlock, Ed. D.
Principal
Francis Howell High School
(636) 851-4700

Not an Official Court Document

ELEVENTH JUDICIAL CIRCUIT
STATE OF MISSOURI
Crime Victim Services – Juvenile Office
1700 South River Road, Saint Charles, MO 63303
Telephone 636-949-3040, Fax 636-949-3028

Not an Official Court Document

Deonna Anderson
531 Molina Way
St. Peters MO, 63376

January 03, 2023

Dear Ms. Anderson

My name is Timothy Campbell and I am the St. Charles County Juvenile Office's Victim Advocate and I writing to provide an update on your case involving the St. Charles County Police Department, report number 23-4771 indicating that your family member was the victim.

The purpose of this letter is to inform you that a juvenile in this case, Michaela Lewis, is being held responsible and has been recommended to complete a program/s through the court with supervision by a Deputy Juvenile Officer. The goal of this program and supervision is to help rehabilitate the child's behavior, prevent future incidents, and meet the needs of the juvenile while he/she accepts responsibility and tries to repair the harm that was caused to you and/or the community.

Victim services is an optional program, if you or your family do not wish to participate contact me at the below number.

If you have any questions or concerns, please feel free to contact me at 636.949.3040 ext. 4569.

Regards,

Timothy Campbell
Victim Advocate
Timothy.Campbell@courts.mo.gov
1700 South River Rd
Saint Charles Mo 63303

636-949-3040 X4569
Fax 636-949-3017

# SCCOPD Report 23-4771

From: timothy.campbell@courts.mo.gov
To: deonnaanderson@yahoo.com
Date: Wednesday, January 3, 2024 at 09:16 AM CST

Ms. Anderson

Attached is a letter from our office concerning your case.

(See attached file: Anderson Closeout letter.pdf)

Sincerely,

Timothy Campbell
Victim Advocate
Timothy.Campbell@courts.mo.gov
1700 South River Rd
Saint Charles Mo 63303

636-949-3040 X4569
Fax 636-949-3017

Thank you for doing your part to help us limit the spread of COVID-19. If you have a fever, cough or difficulty breathing, please call the Public Health hotline at 636-949-1899. All residents are required by St. Charles County Government to stay home except to access essential services or to go to work.

Anderson Closeout letter.pdf
263.5kB

Not an Official Court Document

# Re: SCCOPD 23-4771

From: DeOnna Anderson (deonnaanderson@yahoo.com)

To: timothy.campbell@courts.mo.gov

Date: Tuesday, December 12, 2023 at 12:06 PM CST

Hello Mr. Campbell,

Just wanted to get a follow up. Can you advise if criminal charges are proceeding on this matter?

Thanks!

DeOnna Anderson

On Tuesday, November 28, 2023 at 01:41:07 PM CST, <timothy.campbell@courts.mo.gov> wrote:

Ms, Anderson

My name is Tim Campbell, Victim Advocate for the St. Charles County Juvenile Justice Center. We received a police report naming Leah Clark as the victim. Are you wishing to pursue charges on Michaela Lewis?

Sincerely,

Timothy Campbell
Victim Advocate
Timothy.Campbell@courts.mo.gov
1700 South River Rd
Saint Charles Mo 63303

636-949-3040 X4569
Fax 636-949-3017

Thank you for doing your part to help us limit the spread of COVID-19. If you have a fever, cough or difficulty breathing, please call the Public Health hotline at 636-949-1899. All residents are required by St. Charles County Government to stay home except to access essential services or to go to work.

Not an Official Court Document

# Re: Another Threat

From: MAHER, THERESA (theresa.maher@fhsdschools.org)

To: deonnaanderson@yahoo.com

Date: Monday, October 2, 2023 at 10:14 AM CDT

Hello,

Mr. Parker and I had a chance to have a conversation with both Leah and her friend [redacted] The friend explained that the conversation she was referring to was something she heard in the hallway "about a month ago." I asked Leah if she wanted me to sit down with her friend from cheer to find out more but she said she felt confident having that conversation on her own.

As for the three girls listed in your email, their principals will check in with them and let me know if there is reason to suspect more.

I asked Leah if she felt safe going to class today and she said she was fine. I reminded her that she is always welcome to come to the office and request to do her work in our meeting room if she ever felt unsafe. She said thank you and reassured me that she felt safe going to class.

Please call if you have further questions or concerns.

Theresa Maher

---

**From:** DeOnna Anderson <deonnaanderson@yahoo.com>
**Sent:** Sunday, October 1, 2023 11:07 AM
**To:** MAHER, THERESA <Theresa.Maher@fhsdschools.org>
**Subject:** Another Threat

Hello,

We just learned that Bryel, Michaela, and Zuriya had a conversation and didn't think they were heard. They stated that "it's on site when I see Leah so she better be ready." That's a threat to physical harm. Now my kid leaves class early to avoid these kids at all cost, however, they are still trying to attack her. [redacted] You guys might want to start contacting these parents cause what you are doing isn't working. I will file a motion in the court case immediately on Michaela!

Thank you!

DeOnna Anderson

[Sent from Yahoo Mail for iPhone]

This e-mail transmission from the Francis Howell School District including any accompanying data or files is confidential and is intended only for the use of the named recipient. If you are not the intended recipient, an addressee, or the person responsible for delivering this to an addressee, you are hereby notified that reading, using, copying, or distributing any part of this message is strictly prohibited. If you receive this message in error, or are not the named recipient(s), please notify the sender at the email address above, delete this email from your computer, and destroy any copies in any form immediately. Improper retention of this e-mail and any attachment(s) to this e-mail could subject you to legal action under pertinent federal and state statutes, and result in civil and criminal penalties.

Not an Official Court Document

**THOMPSON, BRIAN**

**From:** Valencia Walker <libra200108@gmail.com>
**Sent:** Wednesday, September 6, 2023 5:57 PM
**To:** THOMPSON, BRIAN
**Subject:** Fwd: SCHOOL STATEMENT

---------- Forwarded message ---------
From: **Michaela samiyah lewis** <michaelalewistaurus@gmail.com>
Date: Wed, Sep 6, 2023, 5:56 PM
Subject: SCHOOL STATEMENT
To: Valencia Walker <libra200108@gmail.com>

Yeah I'll give you a statement I tried to call back but the call failed but here's my statement I got off the bus from friday and like 3 mins in to walking to my house Leah moms come pick her up I was just thinking like oh she missed her stopped and got picked up from mine but when there car was post to hit the corner I was still walking straight Leah starts to yell and cuss me out and I started to cuss her out too but her mom rolled down the window and called be all bitchs and hoes and was cussing me out with Leah so they both was cussing me out and I was cussing them out too but I was telling her to get out the car let's solve this right now and she still screaming an so is her mom but her mom yelling at me like come to my house well figure this out come to my house and she keep repeating it and I'm like no im by myself and I'm a kid and you a full grown ass women pick on someone your age your like 40 yelling at a 15 year old like I did something to you mind you I don't know why they even came to my house on that type of time so I just walked off cussing them out because they wasn't on nothing and I called my mom and I was like they just cussed me out and I explained it to her how I explained it to you and she was like it's okay I'll make a report over the weekend but I had my mind made up ima beat this bitch up because why would you come to my house on bullshit and with your mom at that and I DONT EVEN KNOW WHY YOU PULLED UPP so it was like I felt like I had to defend myself and my mom was like I think in the process of the report when they came to my house but on Tuesday I was looking for her and she was hiding and when I saw her get out from the seat I let her walk up and I stood and I was like what's up and she jumped at me and I hit her first and we fought for a couple of secs and then I got off of her and then let her get off the bus and Leah mom was walking to the bus trying to get on the bus I was telling the bus driver don't let her on the bus and the bus driver was like I know I won't let her on the bus and when the bus finally start getting to the next stop her mom was banging on the bus window saying she gone come to my house and kill me and chasing the bus while saying ima kill you im kill you just repeating it and then the police got involved and they let my mom take me home and that's it

Not an Official Court Document

**THOMPSON, BRIAN**

**From:** THOMPSON, BRIAN
**Sent:** Wednesday, September 6, 2023 11:43 AM
**To:** mlewis681@g.fhsdschools.org
**Subject:** Can you provide me a statement?

Thanks Michaela

BT

Not an Official Court Document

# Incident

From: DeOnna Anderson (deonnaanderson@yahoo.com)

To: theresa.maher@fhsdschools.org

Date: Monday, September 4, 2023 at 11:25 PM CDT

Hello,

Just want to give you a heads up that a verbal incident occurred with Michaela Friday, and by her behavior then, she may try to approach my daughter at her class again. Can you have a talk with her and have the guard be on the lookout for Leah in her 1st and 2nd hour? I believe those are the times when she sees her but I could be wrong. Again, I'm documenting all of this in case she physically assaults my child especially on school grounds.

Thanks!

DeOnna Anderson

Sent from Yahoo Mail for iPhone

Not an Official Court Document

## Re: Incident

From: DeOnna Anderson (deonnaanderson@yahoo.com)

To: theresa.maher@fhsdschools.org

Date: Tuesday, September 5, 2023 at 02:59 PM CDT

She just attacked my child on the bus. I'm now getting an attorney!

Sent from Yahoo Mail for iPhone

On Tuesday, September 5, 2023, 6:10 AM, MAHER, THERESA <Theresa.Maher@fhsdschools.org> wrote:

Thank you for the heads up. I will look into it.

Theresa Maher

**From:** DeOnna Anderson <deonnaanderson@yahoo.com>
**Sent:** Monday, September 4, 2023 11:25 PM
**To:** MAHER, THERESA <Theresa.Maher@fhsdschools.org>
**Subject:** Incident

Hello,

Just want to give you a heads up that a verbal incident occurred with Michaela Friday, and by her behavior then, she may try to approach my daughter at her class again. Can you have a talk with her and have the guard be on the lookout for Leah in her 1st and 2nd hour? I believe those are the times when she sees her but I could be wrong. Again, I'm documenting all of this in case she physically assaults my child especially on school grounds.

Thanks!

DeOnna Anderson

Sent from Yahoo Mail for iPhone

This e-mail transmission from the Francis Howell School District including any accompanying data or files is confidential and is intended only for the use of the named recipient. If you are not the intended recipient, an addressee, or the person responsible for delivering this to an addressee, you are hereby notified that reading, using, copying, or distributing any part of this message is strictly prohibited. If you receive this message in error, or are not the named recipient(s), please notify the sender at the email address above, delete this email from your computer, and destroy any copies in any form immediately. Improper retention of this e-mail and any attachment(s)

to this e-mail could subject you to legal action under pertinent federal and state statutes, and result in civil and criminal penalties.

Not an Official Court Document

Not an Official Court Document




*This is the pic Michaela took from the school bus on video, after the attack, she sent it to Kirsten Waters and Bryel, and posted it on Snapchat.




Not an Official Court Document




Not an Official Court Document