EXHIBIT

**THOMPSON, BRIAN**

**From:** LAROCHELLE, LISA
**Sent:** Wednesday, September 6, 2023 10:08 AM
**To:** THOMPSON, BRIAN
**Subject:** Video for 124

Hi Brian,

The video is ready to view for 124 PM 9-5-23. Our tech said that he copied it all but you want to go to 2:48 for the fight. The PM video for Fri. 9-1-23 will be up momentarily. Let us know if you need anything else.

*Lisa LaRochelle*
*Transportation Trainer*
*636-851-6239*
Francis Howell School District Transportation
4545 Central School Rd., St. Charles, Mo. 63304

FILED
MAR 16 2026
CIRCUIT CLERK
ST. CHARLES COUNTY

## THOMPSON, BRIAN

**From:** THOMPSON, BRIAN
**Sent:** Tuesday, September 5, 2023 3:55 PM
**To:** RODGERS, ALYSSA; COCHRAN, ASHLEY; ENGEL, ROBIN; KYSER, BRYAN; BAKER, HOLLY; RODGERS, ALYSSA; ELLISON, JAMIE
**Cc:** CALLAHAN, SHELBY; EAGAN, JENNIFER; 'libra200108@gmail.com'; GUTHART, JENNIFER; CIVEY, ERIN
**Subject:** [redacted]

Hello everyone,

[redacted] was involved in a situation that sounds like it started on Friday and ended up ending badly today. She is ok but right now the plan will be for her to stay home tomorrow while we sort out exactly what happened and then potentially could be some disciplinary actions that may be assigned. In the meantime her mom is going to keep her home tomorrow so can you please make sure she has any work that needs to be done. She has been cc'd on the email so you can just respond to her or email Michaela directly through her school account.

Attendance office please go ahead and mark her excused for now for tomorrows attendance at her parents request.

As we sort things out I'm sure I'll be in touch more if you have any questions in the meantime please don't hesitate to let me know

BT

**THOMPSON, BRIAN**

**From:** THOMPSON, BRIAN
**Sent:** Tuesday, September 5, 2023 3:49 PM
**To:** LAROCHELLE, LISA
**Cc:** MAHER, THERESA
**Subject:** Bus Tape

Hey Lisa,

I'm sure you are aware but looks like we had a bit of a mess on the FHHS PM route 124. Can you please make sure we get the tape pulled so we can review the footage and if there is any relevant information the driver would have that would be helpful as well.

BT

**THOMPSON, BRIAN**

**From:** MAHER, THERESA
**Sent:** Tuesday, September 5, 2023 3:20 PM
**To:** WEDLOCK, DAVID; THOMPSON, BRIAN
**Subject:** Re: Fight on Bus

Yes, I got an email from mom and was going to ask you the next steps.

I will call Leah at home.

---

**From:** WEDLOCK, DAVID <Dave.Wedlock@fhsdschools.org>
**Sent:** Tuesday, September 5, 2023 3:18 PM
**To:** MAHER, THERESA <Theresa.Maher@fhsdschools.org>; THOMPSON, BRIAN <Brian.Thompson@fhsdschools.org>
**Subject:** Fight on Bus

Hello,

I was just informed that Leah Clark and [redacted] were in a fight with each other on the bus. Police were called to the scene where [redacted] may still be. Leah is apparently at home. If you are at work and able to reach them at home, that would be great; if not, we can plan to see them as they come in tomorrow. I am trying to find out what, if anything is on the bus tape for us to see and can let you know if I find something out tonight.

Thank you,

Dave Wedlock, Ed. D.
Principal
Francis Howell High School
(636) 851-4728

Twitter: FHHSPrincipal
Facebook: www.facebook.com/fhhsvikings
School Website: http://fhsdfhhs.sharpschool.net/

LEARNING TOGETHER

Brian Thompson
Assistant Principal
Phone: 636-851-4760
Brian.Thompson@fhsdschools.org

09/05/2023.

To the Parents of Michaela s. Lewis
1295 Stephenridge Ct.
Saint Charles, MO 63304

Re: [redacted] # 381681

Dear Mr. and Mrs. Lewis;

This letter provides written confirmation that [redacted] *has* been suspended from school for eight (8) day school attendance days, for *Assault*, Francis Howell Code of Conduct categorizes this behavior as a level three (3) offense. Enclosed is the discipline notice describing this incident.

Please be advised that a student assigned to suspension may not participate in or attend any school sponsored extra-curricular activity or program. Furthermore, the student may not visit this campus or any campus in the district during the period of an out-of-school suspension.

The student will be eligible to receive 100% credit for work submitted while on suspension, or that which is submitted upon return from suspension. For suspensions three days or less, students must get their assignments upon their return. They will have one day to complete the work for each day of suspension. If the suspension is four days or more, individuals other than the suspended student, may pick up course work in the Attendance Office (636-851-4849). This work should be completed according to the date stipulated by the teacher and returned by the student when he/she reports to class. Please refer to the Student Code of Conduct handbook if you have any questions regarding eligible work during a suspension.

Upon completing the out-of-school suspension, [redacted] is required to attend a re-entry meeting which may also include some of teachers. This meeting will be held at Francis Howell High School in my office on 9/18/23h at 7:00AM. At Francis Howell High School, we are committed to helping each student reach their greatest potential. While we consider this a serious infraction, we view the re-entry meeting as an opportunity to provide support for our students and believe that this is an important part of the re-entry process f[redacted]

If you have any questions, please feel free to contact me at (636) 851-4760.

Sincerely,

Brian Thompson, Ed.D.
Assistant Principal

RETURN TO CLASS September 18th

Francis Howell High School

# DISCIPLINE NOTICE

(636) 851-4700

**Staff Member**

| Name | Grade | ID | Date | Time | Hour | Teacher | Location |
|---|---|---|---|---|---|---|---|
| [redacted] | 10 | 381681 | 9/5/2023 | | | N/A | |

| | | |
|---|---|---|
| | Result | Description: [redacted] assaulted another student on the bus. |
| Tardy # | Detention Date: / / | |
| Classroom Disruption | Referral to the Office | |
| Electronic Device | Parent Contact Via: | |

**Administrator**

Discipline level: III

Administrator Comments: ASSAULT

| | | | | |
|---|---|---|---|---|
| Alcohol/Drug | Disrespect | Improper Contact | Smoking/Tobacco | Other: |
| Cheating/Plagiarism | Electronic Device | Inappropriate Language | Theft | |
| Classroom Disruption | Fighting | Insubordination | Truancy | |

**Results**

| | | |
|---|---|---|
| Detention due: / / | Detention Doubled due: / / | Saturday Detention Due: / / |
| Parent Contact Via: | OSS for 8 Days on: 9/6-9/15 | ISAP for Days on: |
| COC Meeting: / / | COC Warning | Conference/Warning |

Detention 1 2 3 4 Served On

Re-Entry Meeting Date 9/18/2023 @ 7:00 A.M. Guidance

NOT PRESENT TO SIGN
Student Signature

Teacher Signature

[illegible]
Administrator Signature

White copy to student — Yellow copy for file — Pink copy for teacher

- really was upset about situation on Friday + respond to the situation that way
- not sure why hadn't addressed it before

(2)

[redacted]

11:39 9/6

L Fri – walking home her & mom came up on her

– started cussing her out

– cussed at her back

– telling her to get out & lets go

– Not sure why they did that on Friday

– kept it going & was really upset

– felt next time she'd be her would fight

– then when saw her on the bus jump @ her & hit her

– felt was retaliation for actions from Friday

[redacted]

→ hasn't been any of that

(1)

<u>VIDEO</u>

14:48:10 – Turns to left

14:48:31 – Looks back for ~~[illegible]~~ Leah

14:49:13 – – Stops –

AF TR – seen calm & repeat

to station –

[redacted]

9/6/2023 10:20

- Attem • girl off Bus
- feel like is Kirsten's fault
- Push • proof of Leah ..
- feel like its e lot becaus of Devante
- He tried to mess w/ her

- Issue w/ Kat was not neces related

- [redacted] texted her yesterday and kept texting her been about issues

feel like Jimmy may be sad in hell

[redacted] 9/6/2023 8:41

Kat's situation was w/ Deandre

- have heard that Larson paying people
to get her friends to fight

- [redacted] — Living Through her friends
because can't do agn to them

- poet — My Tongue 2 - figure
- Fifths Gospel 0

— feel like storm should be over

IDEA -

↳ Need to talk w/ Roblee - who?

→ Follow up w/ Bryan M. → was Kept a strm w/ Devente?

– [redacted] ^ – Background

– [redacted] ~ – Brehm -

(6)

Witnesses

L [redacted] 11th Grade

→ gets off @ her stop.

Claim → was punching her back

→ Dad had to fight been to get her to stop.

Mom,

- Was Bleeding from Nose
- Scratch from face
- Broken Nails

Conners
└ Seam the Kirsten
Writing is seen it

Beyal Sourge
Michelle Lewis
Zach Smith
Kirsten Waters
} Seam to be causing issues.

| Note - Need to see what the issue is

Issue
└ Devente - Leah was talk w/ Dam @ start of her
- Could issues w/ This Group
└→ Possibly the issue w/ Kct as well.

(8)

Monday

- 2nd Stop bar stop
- Walk past Apx in middle
- Saw in very back on left
- Jumped up & hit her someone on head
- pushed her in seat punch her & punch her back & got her next to to get her off
- got up & look for stuff to call me
- Driver to open Door Dried [illegible] open it
- got upset about not getting off of bus - then opened bus & got off
- felt like fight was about 1 min or so.

②

[redacted]

On field Say - "Ewee"

[redacted] -+ Some Raw Girl

were Looking @ her when They
made The comment

- Mom told her to Say or Beach to her

- Mom was picking her up -

. Was an exchange between The two of
Them verbally @ The bus stop

- Mom indicated continued to Yell back
+ forth

Feel like [redacted] is acting This way because
of [redacted]

Should see Images That Kirsten Writes with parts
To stir Things up.

(2)

Discussion w/ Mom + Leah Clark 9/6 7:30

previously – [redacted] – graduate last year

- No contact w/ Leah @ retreat meet

- Spread from situation w/ Devante

Leah + Michael fine until Dec.

heard situation about interaction w/ Devante + his actions.

summer school → heard from other about Michael Dad n's

Like her

- Started in summer school

Bro may have Ben in May

3 student came to homeless

- Mom felt like all from situation w/ Devante

└ Devante + Kirsten came to school + cause issues for Leah

→ Leah said she saw w/ Kirsten @ Jackson

(1)

Mom 9/5 3:15 P.M.

- Started Fri when got off bus
- Said Leah & Mom cussed her out at bus stop
- feel like comes from Friday and issue continued
- Said mom came to bus stop to get after Michaela
- feel like someone hyped to make her go out

Fight started in St. Peters

Cell cell → on IC to talk w/ her

## THOMPSON, BRIAN

**From:** THOMPSON, BRIAN
**Sent:** Wednesdav, September 6, 2023 11:43 AM
**To:** [redacted]@g.fhsdschools.org
**Subject:** Can you provide me a statement?

Thanks [redacted]

BT

**THOMPSON, BRIAN**

**From:** Valencia Walker <libra200108@gmail.com>
**Sent:** Wednesday, September 6, 2023 5:57 PM
**To:** THOMPSON, BRIAN
**Subject:** Fwd: SCHOOL STATEMENT

---------- Forwarded message ---------
From: [redacted]@gmail.com>
Date: Wed, Sep 6, 2023, 5:56 PM
Subject: SCHOOL STATEMENT
To: Valencia Walker <libra200108@gmail.com>

Yeah I'll give you a statement I tried to call back but the call failed but here's my statement I got off the bus from friday and like 3 mins in to walking to my house Leah moms come pick her up I was just thinking like oh she missed her stopped and got picked up from mine but when there car was post to hit the corner I was still walking straight Leah starts to yell and cuss me out and I started to cuss her out too but her mom rolled down the window and called be all bitchs and hoes and was cussing me out with Leah so they both was cussing me out and I was cussing them out too but I was telling her to get out the car let's solve this right now and she still screaming an so is her mom but her mom yelling at me like come to my house well figure this out come to my house and she keep repeating it and I'm like no im by myself and I'm a kid and you a full grown ass women pick on someone your age your like 40 yelling at a 15 year old like I did something to you mind you I don't know why they even came to my house on that type of time so I just walked off cussing them out because they wasn't on nothing and I called my mom and I was like they just cussed me out and I explained it to her how I explained it to you and she was like it's okay I'll make a report over the weekend but I had my mind made up ima beat this bitch up because why would you come to my house on bullshit and with your mom at that and I DONT EVEN KNOW WHY YOU PULLED UPP so it was like I felt like I had to defend myself and my mom was like I think in the process of the report when they came to my house but on Tuesday I was looking for her and she was hiding and when I saw her get out from the seat I let her walk up and I stood and I was like what's up and she jumped at me and I hit her first and we fought for a couple of secs and then I got off of her and then let her get off the bus and Leah mom was walking to the bus trying to get on the bus I was telling the bus driver don't let her on the bus and the bus driver was like I know I won't let her on the bus and when the bus finally start getting to the next stop her mom was banging on the bus window saying she gone come to my house and kill me and chasing the bus while saying ima kill you im kill you just repeating it and then the police got involved and they let my mom take me home and that's it

**THOMPSON, BRIAN**

**From:** LAROCHELLE, LISA
**Sent:** Wednesday, September 6, 2023 10:08 AM
**To:** THOMPSON, BRIAN
**Subject:** Video for 124

Hi Brian,

The video is ready to view for 124 PM 9-5-23. Our tech said that he copied it all but you want to go to 2:48 for the fight. The PM video for Fri. 9-1-23 will be up momentarily. Let us know if you need anything else.

*Lisa LaRochelle*
*Transportation Trainer*
*636-851-6239*
Francis Howell School District Transportation
4545 Central School Rd., St. Charles, Mo. 63304

Francis Howell School District
TRANSPORTATION

# Bus Referral Form

| | | | | |
|---|---|---|---|---|
| Student Name: Leah Clark | | Date of Incident: | Time: 2:40pm | ☐ AM ☒ PM ☐ Mid-day ☐ Field Trip |
| School: FHH | Route #: 124 | Bus #: 124 | Driver/Monitor Name: K Perry | |

☐ Information Only ☒ Action Requested

Number of referrals: ☒ 1st ☐ 2nd ☐ 3rd ☐ 4th

**Infraction :**

- ☒ Serious Misconduct (fighting , inappropriate conduct)
- ☐ Disrespectful to driver/monitor
- ☒ Standing or moving while bus is in motion
- ☐ Not following driver/monitor directive
- ☐ Arm, head or body out window
- ☐ Late for bus stop time
- ☐ Throwing object(s) on bus or out of window
- ☐ Physical contact (pushing, hitting, kicking, etc.)
- ☐ Unsafe at bus stop
- ☐ Changing seats without permission
- ☐ Inappropriate language or gesture
- ☐ Smoking/vaping
- ☐ Theft
- ☐ Destruction of property
- ☐ Prohibited materials
- ☐ Distracting behavior
- ☐ Disturbing others
- ☐ Yelling, screaming or loud noises
- ☐ Improper cell phone usage
- ☐ Eating on bus
- ☐ Littering on bus
- ☐ Other: ______________

**Details of event:**

As I pulled up to Peggyann & Robertridge Dr I saw Leah Clark fighting with another student while the bus was in motion During this time I ask that the two students stop fighting

**Actions taken prior to writing referral:**

- ☐ Reminder of bus expectations
- ☐ Spoke one on one with student
- ☐ Verbal redirection
- ☐ Spoke with building staff
- ☐ Seat change
- ☐ Other: ______________

Driver/Monitor Signature: K Perry Date: 9-5-23

**School/Administrative Action:**

- ☐ Student conference
- ☐ Parent/guardian notified
- ☐ Bus Suspension # of Days ________ Effective Dates: ________ to ________
- ☐ Parent/student conference
- ☐ In-school detention
- ☐ Other ______________

Comments:

White copy- School

Reply from school
Send to: stephen.jones@fhsdschools.org

Yellow copy- Driver

## THOMPSON, BRIAN

**From:** THOMPSON, BRIAN
**Sent:** Tuesday, September 5, 2023 3:55 PM
**To:** RODGERS, ALYSSA; COCHRAN, ASHLEY; ENGEL, ROBIN; KYSER, BRYAN; BAKER, HOLLY; RODGERS, ALYSSA; ELLISON, JAMIE
**Cc:** CALLAHAN, SHELBY; EAGAN, JENNIFER; 'libra200108@gmail.com'; GUTHART, JENNIFER; CIVEY, ERIN
**Subject:** Michaela Lewis`

Hello everyone,

[redacted] was involved in a situation that sounds like it started on Friday and ended up ending badly today. She is ok but right now the plan will be for her to stay home tomorrow while we sort out exactly what happened and then potentially could be some disciplinary actions that may be assigned. In the meantime her mom is going to keep her home tomorrow so can you please make sure she has any work that needs to be done. She has been cc'd on the email so you can just respond to her or email [redacted] directly through her school account.

Attendance office please go ahead and mark her excused for now for tomorrows attendance at her parents request.

As we sort things out I'm sure I'll be in touch more if you have any questions in the meantime please don't hesitate to let me know

BT

**THOMPSON, BRIAN**

**From:** THOMPSON, BRIAN
**Sent:** Tuesday, September 5, 2023 3:49 PM
**To:** LAROCHELLE, LISA
**Cc:** MAHER, THERESA
**Subject:** Bus Tape

Hey Lisa,

I'm sure you are aware but looks like we had a bit of a mess on the FHHS PM route 124. Can you please make sure we get the tape pulled so we can review the footage and if there is any relevant information the driver would have that would be helpful as well.

BT

| | | |
|---|---|---|
| 09/10 /2023 | Debit: Signature purchase from 362980000325125 QT 619 SAINT PETERS MO US 99999999 362980000325125 | $9.99 |
| 09/10 /2023 | Debit: Signature purchase from 4445044126706 STARBUCKS 800-782-7282 SEATTLE WA US 99999999 4445044126706 | $15.00 |
| 09/11 /2023 | Debit: Signature purchase from 445488848992 DD DOORDASH CHINAKING 8559731040 CA US 0000 445488848992 | $21.94 |
| 09/11 /2023 | Debit: Preauthorized Payment to ATT for Payment | $230.00 |
| 09/11 /2023 | Debit: Signature purchase from 650000011738229 USCONNECT CRDNL VEND L GREENSBORO NC US 99999999 650000011738229 | $1.85 |
| 09/11 /2023 | Debit: PIN purchase from WAL-MART #0648 1661 JUNGERMAN RD ST. PETERS MOUS | $72.47 |
| 09/11 /2023 | Debit: PIN purchase from USPS PO 2870930803 1600 WOODSTONE DR SAINT CHARLESMOUS | $9.65 |
| 09/11 /2023 | Debit: Signature purchase from 4445044126706 STARBUCKS 800-782-7282 SEATTLE WA US 99999999 4445044126706 | $15.00 |
| 09/11 /2023 | Debit: Signature purchase from 362980000325125 QT 619 SAINT PETERS MO US 99999999 362980000325125 | $4.17 |
| 09/11 /2023 | Debit: Signature purchase from 737006256884 ARBY'S 5007034 ST PETERS MO US 0000 737006256884 | $12.24 |
| 09/11 /2023 | Debit: Signature purchase from 4445197748616 WENDY'S 719 SAINT PETERS MO US 99999999 4445197748616 | $7.97 |
| 09/11 /2023 | Debit: Signature purchase from 372176392887 AMAZON MUSIC*TR36E2L11 SEATTLE WA US 0000 372176392887 | $8.99 |
| 09/12 /2023 | Debit: Signature purchase from 445197950998 UBER TRIP 8005928996 CA US 0000 445197950998 | $17.95 |
| 09/12 /2023 | Debit: Signature purchase from 445197950998 UBER TRIP 8005928996 CA US 0000 445197950998 | $16.93 |
| 09/12 /2023 | Debit: Preauthorized Payment to NORTHWESTERN MU for PYMNT TEL | $87.46 |
| 09/12 /2023 | Debit: Signature purchase from 08487800374MDF MCDONALD'S F20374 ST.CHARLES MO US 99999999 08487800374MDF | $6.66 |
| 09/12 /2023 | Debit: Signature purchase from 895204307881 EXXON BLUESTONE MID RI SAINT PETERS MO US 0010 895204307881 | $47.62 |
| 09/13 /2023 | Debit: Signature purchase from 03844622664ICK CHICK-FIL-A #02664 SAINT PETERS MO US 99999999 03844622664ICK | $10.29 |
| 09/13 /2023 | Debit: Signature purchase from 650000011738229 USCONNECT CRDNL VEND L GREENSBORO NC US 99999999 650000011738229 | $1.85 |
| 09/13 /2023 | Debit: Signature purchase from 650000011738229 USCONNECT CRDNL VEND L GREENSBORO NC US 99999999 650000011738229 | $1.85 |
| 09/13 /2023 | Debit: Signature purchase from 362980000325125 QT 619 SAINT PETERS MO US 99999999 362980000325125 | $7.43 |

| | | |
|---|---|---|
| 10/22 /2023 | Debit: Signature purchase from 451415000053360 SQ *AWURE HAIR LLC gosq.com MO US 99999999 451415000053360 | $20.00 |
| 10/22 /2023 | Debit: PIN purchase from BLUESTONE MID RIVERSLLC 6280 MID RIVERS MALL DRSAINT PETERS MOUS | $43.34 |
| 10/23 /2023 | Debit: Signature purchase from 112137000108778 APPLE.COM/BILL 866-712-7753 CA US 99999999 112137000108778 | $37.90 |
| 10/23 /2023 | Debit: Signature purchase from 737006256884 ARBY'S 5007034 ST PETERS MO US 00000001 737006256884 | $7.21 |
| 10/23 /2023 | Debit: Signature purchase from 4445044126706 STARBUCKS 800-782-7282 SEATTLE WA US 99999999 4445044126706 | $10.00 |
| 10/23 /2023 | Debit: Signature purchase from 496236934881 NAPLETON HYUNDAI HAZELWOOD MO US 00000001 496236934881 | $148.13 |
| 10/23 /2023 | Debit: Signature purchase from 21-8021284784 WHITE CASTLE 110039 ST. CHARLES MO US 21284784 21-8021284784 | $10.26 |
| 10/24 /2023 | Debit: Signature purchase from 4445044126706 STARBUCKS 800-782-7282 SEATTLE WA US 99999999 4445044126706 | $15.00 |
| 10/25 /2023 | Debit: Signature purchase from 631449901748305 PANERA BREAD #600815 O 636-447-0087 MO US 99999999 631449901748305 | $11.31 |
| 10/25 /2023 | Debit: PIN purchase from WAL-MART #1161 Wal-Mart Store ST. CHARLES MOUS | $72.00 |
| 10/25 /2023 | Debit: Signature purchase from 4445044126706 STARBUCKS 800-782-7282 SEATTLE WA US 99999999 4445044126706 | $10.00 |
| 10/26 /2023 | Debit: Signature purchase from 445197950998 UBER TRIP 8005928996 CA US 00000001 445197950998 | $25.91 |
| 10/26 /2023 | Debit: Plan Fee 10/25/2023 | $4.95 |
| 10/26 /2023 | Debit: Signature purchase from 445197950998 UBER TRIP 8005928996 CA US 00000001 445197950998 | $22.97 |
| 10/26 /2023 | Debit: Signature purchase from 4445900001161 WAL-MART #1161 ST CHARLES MO US 99999999 4445900001161 | $2.02 |
| 10/26 /2023 | Debit: Signature purchase from 4445057097321 Little Caesars 3724-00 636-9395550 MO US 99999999 4445057097321 | $18.17 |
| 10/27 /2023 | Debit: Signature purchase from 631449901748305 PANERA BREAD #600815 O 636-447-0087 MO US 99999999 631449901748305 | $10.67 |
| 10/27 /2023 | Debit: Signature purchase from 4445197748608 WENDY'S 718 SAINT PETERS MO US 99999999 4445197748608 | $5.39 |
| 10/27 /2023 | Debit: Signature purchase from 4445044126706 STARBUCKS 800-782-7282 SEATTLE WA US 99999999 4445044126706 | $10.00 |
| 10/28 /2023 | Debit: Signature purchase from 445482478994 TICKET SPICKET 8559684253 VA US 00000001 445482478994 | $5.75 |
| 10/29 /2023 | Debit: Signature purchase from 451415000053360 SQ *AWURE HAIR LLC gosq.com MO US 99999999 451415000053360 | $20.00 |

| | | |
|---|---|---|
| 10/29 /2023 | Debit: PIN purchase from WAL-MART #0648 1661 JUNGERMAN RD ST. PETERS MOUS | $26.30 |
| 10/29 /2023 | Debit: PIN purchase from TARGET T-1035 6241 Mid Rivers Mall DrSaint Peters MOUS | $48.81 |
| 10/29 /2023 | Debit: Signature purchase from 451415000053360 SQ *AWURE HAIR LLC gosq.com MO US 99999999 451415000053360 | $45.00 |
| 10/30 /2023 | Debit: Preauthorized Payment to CAPITAL ONE for ONLINE PMT | $100.00 |
| 10/30 /2023 | Debit: Preauthorized Payment to ATT for Payment | $45.78 |
| 10/30 /2023 | Debit: Signature purchase from 445197950998 UBER TRIP 8005928996 CA US 00000001 445197950998 | $25.99 |
| 10/30 /2023 | Debit: Signature purchase from 334054509883 POPEYES 10612 ST PETERS MO US 6581 334054509883 | $14.56 |
| 10/30 /2023 | Debit: Signature purchase from 4445197748616 WENDY'S 719 SAINT PETERS MO US 99999999 4445197748616 | $10.77 |
| 10/31 /2023 | Debit: Preauthorized Payment to MERRICK BANK COR for ONLINEPYMT | $75.00 |
| 10/31 /2023 | Debit: Preauthorized Payment to Credit One Bank for Payment | $138.00 |
| 10/31 /2023 | Debit: Signature purchase from 445197950998 UBER TRIP 8005928996 CA US 00000001 445197950998 | $34.98 |
| 10/31 /2023 | Debit: Signature purchase from 345755470886 PIZZA HUT 025950 SAINT PETERS MO US 7594 345755470886 | $25.22 |
| 10/31 /2023 | Debit: Signature purchase from 362980000325125 QT 619 SAINT PETERS MO US 99999999 362980000325125 | $11.59 |
| 10/31 /2023 | Debit: Signature purchase from 406095040602569 TRANSFER TO NAVY FEDER 888-8426328 . VA US 71789958 406095040602569 | $250.00 |
| **Total Withdrawals and Debits** | | **$6,693.26** |

## Summary of Fees Charged to Your Card Account

(Third-party fees are not included in this Summary)

| | This Month | YTD |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |
| Total Reversed Fees | $0.00 | $0.00 |
| Total Other Fees | $7.45 | $67.24 |
| **Total Fees** | **$7.45** | **$67.24** |

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

| | | |
|---|---|---|
| 11/28 /2023 | Debit: Preauthorized Payment to ATT for Payment | $45.78 |
| 11/28 /2023 | Debit: Signature purchase from 527021002236885 Subway 21693 6369222686 MO US 99999999 527021002236885 | $20.02 |
| 11/28 /2023 | Debit: Signature purchase from 445488848992 DD DOORDASH CHICK-FIL 8559731040 CA US 00000001 445488848992 | $32.36 |
| 11/28 /2023 | Debit: Signature purchase from UBER *TRIP San FranciscoCAUS | $25.96 |
| 11/29 /2023 | Debit: Preauthorized Payment to CAPITAL ONE for ONLINE PMT | $125.00 |
| 11/29 /2023 | Debit: Preauthorized Payment to MERRICK BANK for ONLINEPYMT | $150.00 |
| 11/29 /2023 | Debit: Signature purchase from 03844622664ICK CHICK-FIL-A #02664 SAINT PETERS MO US 0020 03844622664ICK | $5.39 |
| 11/29 /2023 | Debit: Signature purchase from 451418000053360 SQ *AWURE HAIR LLC gosq.com MO US 99999999 451418000053360 | $197.00 |
| 11/29 /2023 | Debit: Signature purchase from 230202001765797 Etsy.com*Forever21swee BROOKLYN NY US 99999999 230202001765797 | $27.58 |
| 11/29 /2023 | Debit: Signature purchase from M2HD9UZVLWWFDW5 SP SHOP RONGRONG HOUSTON TX US LSULIYRV M2HD9UZVLWWFDW5 | $107.99 |
| 11/29 /2023 | Debit: Signature purchase from UBER *TRIP San FranciscoCAUS | $5.50 |
| 11/29 /2023 | Debit: PIN purchase from Midas 2190 SAINT PETERS MOUS | $962.62 |
| 11/29 /2023 | Debit: PIN purchase from WAL Wal-Mart Super 002462 0648 WAL-SAMS SAINT PETERS MOUS | $42.72 |
| 11/29 /2023 | Debit: Signature purchase from UBER *TRIP San FranciscoCAUS | $28.98 |
| 11/29 /2023 | Debit: PIN purchase from WAL Wal-Mart Super 001052 2600 WAL-SAMS CHESTERFIELD MOUS | $1,357.00 |
| 11/29 /2023 | Debit: PIN purchase from WAL Wal-Mart Super 001356 2600 WAL-SAMS CHESTERFIELD MOUS | $74.73 |
| 11/29 /2023 | Debit: Signature purchase from 230202000230033 CASH APP*LATOSHA WILLI San Francisco CA US 99999999 230202000230033 | $50.00 |
| 11/29 /2023 | Debit: Signature purchase from 4445044126706 STARBUCKS 800-782-7282 SEATTLE WA US 99999999 4445044126706 | $15.00 |
| 11/29 /2023 | Debit: Signature purchase from 445488848992 DD DOORDASH CHICK-FIL 8559731040 CA US 00000001 445488848992 | $49.28 |
| 11/29 /2023 | Debit: Signature purchase from 4445044126706 STARBUCKS 800-782-7282 SEATTLE WA US 99999999 4445044126706 | $10.00 |
| 11/30 /2023 | Debit: Preauthorized Payment to ATT for Payment | $45.78 |

| | | |
|---|---|---|
| 01/16 /2024 | Debit: Signature purchase from 362980000325125 QT 619 SAINT PETERS MO US 99999999 362980000325125 | $5.75 |
| 01/16 /2024 | Debit: Signature purchase from 445488848992 DD DOORDASH FIVEGUYSB 8559731040 CA US 00000001 445488848992 | $38.79 |
| 01/17 /2024 | Debit: Preauthorized Payment to PAYPAL for INST XFER | $9.99 |
| 01/17 /2024 | Debit: Signature purchase from 445488848992 DD DOORDASH WINGSTOP 8559731040 CA US 00000001 445488848992 | $36.29 |
| 01/17 /2024 | Debit: Signature purchase from 517927180120867 A-ONE TOWING LLC ST CHARLES MO US 99999999 517927180120867 | $131.25 |
| 01/18 /2024 | Debit: Signature purchase from 112137000108778 APPLE.COM/BILL 866-712-7753 CA US 99999999 112137000108778 | $15.96 |
| 01/18 /2024 | Debit: PIN purchase from WALGREENS STORE 1705 SHACKELFORD RD FLORISSANT MOUS | $21.53 |
| 01/19 /2024 | Debit: Signature purchase from UBER *TRIP San FranciscoCAUS | $17.97 |
| 01/19 /2024 | Debit: Signature purchase from 737018236882 TACO BELL 3002060 SAINT PETERS MO US 00110011 737018236882 | $9.74 |
| 01/19 /2024 | Debit: Signature purchase from UBER *TRIP San FranciscoCAUS | $10.00 |
| 01/19 /2024 | Debit: Signature purchase from 895204307881 EXXON BLUESTONE MID RI SAINT PETERS MO US 00010002 895204307881 | $30.00 |
| 01/19 /2024 | Debit: Signature purchase from 230202000230033 CASH APP*COURTNI MAYWE San Francisco CA US 99999999 230202000230033 | $50.00 |
| 01/19 /2024 | Debit: Signature purchase from 737018236882 TACO BELL 3002060 SAINT PETERS MO US 00110011 737018236882 | $7.46 |
| 01/19 /2024 | Debit: Signature purchase from 4445044126706 STARBUCKS 800-782-7282 SEATTLE WA US 99999999 4445044126706 | $15.00 |
| 01/19 /2024 | Debit: Signature purchase from 362974000325125 QT 615 HAZELWOOD MO US 99999999 362974000325125 | $32.86 |
| 01/20 /2024 | Debit: Signature purchase from 112137000108778 APPLE.COM/BILL 866-712-7753 CA US 99999999 112137000108778 | $9.99 |
| 01/20 /2024 | Debit: PIN purchase from WM SUPERCENTER #648 Wal-Mart Super Center SAINT PETERS MOUS | $86.09 |
| 01/20 /2024 | Debit: Signature purchase from IX9RDCD5STBKGZU CF* CRUMBL COTTLEVILLE LINDON UT US E7BLZJ6L IX9RDCD5STBKGZU | $11.76 |
| 01/20 /2024 | Debit: Signature purchase from 658166100888 OLD TOWN DONUTS SAINT PETERS MO US 4521 658166100888 | $4.94 |
| 01/20 /2024 | Debit: PIN purchase from TARGET T-1280 3881 Mexico Rd Saint CharlesMOUS | $80.78 |
| 01/20 /2024 | Debit: PIN purchase from TARGET T-1035 6241 Mid Rivers Mall DrSaint Peters MOUS | $61.82 |

| | | |
|---|---|---|
| 01/06 /2024 | Debit: Signature purchase from 230202000230033 CASH APP*KEV C San Francisco CA US 99999999 230202000230033 | $250.00 |
| 01/06 /2024 | Debit: Signature purchase from 03844622664ICK CHICK-FIL-A #02664 SAINT PETERS MO US 0025 03844622664ICK | $10.58 |
| 01/06 /2024 | Debit: Signature purchase from 527021002197343 Subway 31445 St Charles MO US 75177073 527021002197343 | $9.27 |
| 01/06 /2024 | Debit: Signature purchase from 895204307881 EXXON BLUESTONE MID RI SAINT PETERS MO US 00010002 895204307881 | $34.57 |
| 01/07 /2024 | Debit: PIN purchase from TARGET T-1035 6241 Mid Rivers Mall DrSaint Peters MOUS | $24.81 |
| 01/08 /2024 | Debit: Signature purchase from 445488848992 DD DOORDASH ARBYS 8559731040 CA US 00000001 445488848992 | $18.22 |
| 01/08 /2024 | Debit: Signature purchase from 372072802880 AMC 0024 ST CHARLES 8 ST CHARLES MO US 00000001 372072802880 | $47.36 |
| 01/08 /2024 | Debit: Signature purchase from 230202001765797 Etsy.com*SewindipityBo BROOKLYN NY US 99999999 230202001765797 | $35.68 |
| 01/08 /2024 | Debit: Signature purchase from 08515950648WSP WAL-MART #0648 ST. PETERS MO US 00010035 08515950648WSP | $13.69 |
| 01/08 /2024 | Debit: Signature purchase from 372072802880 AMC 0024 ST CHARLES 8 ST CHARLES MO US 00000001 372072802880 | $11.43 |
| 01/08 /2024 | Debit: Signature purchase from UBER *TRIP San FranciscoCAUS | $26.98 |
| 01/08 /2024 | Debit: Signature purchase from UBER *TRIP San FranciscoCAUS | $38.96 |
| 01/08 /2024 | Debit: Signature purchase from 4445044126706 STARBUCKS 800-782-7282 SEATTLE WA US 99999999 4445044126706 | $15.00 |
| 01/08 /2024 | Debit: Signature purchase from 672329601905207 QDOBA 3042 COTTLEVILLE MO US 99999999 672329601905207 | $23.53 |
| 01/08 /2024 | Debit: Signature purchase from 406095040602569 TRANSFER TO NAVY FEDER 888-8426328 . VA US 71789958 406095040602569 | $250.00 |
| 01/09 /2024 | Debit: Signature purchase from 588000002381655 St. Charles Hyundai/Ge Saint Peters MO US 78558241 588000002381655 | $103.68 |
| 01/09 /2024 | Debit: Signature purchase from 08487800374MDF MCDONALD'S F20374 ST.CHARLES MO US 00070013 08487800374MDF | $7.97 |
| 01/09 /2024 | Debit: PIN purchase from SCHNUCKS COTTLEVILLE SCHNUCK COTTLEVILLE6083SAINT PETERS MOUS | $47.81 |
| 01/09 /2024 | Debit: Signature purchase from IX9RDCD5STBKGZU CF* CRUMBL COTTLEVILLE LINDON UT US E7BLZJ6L IX9RDCD5STBKGZU | $11.76 |
| 01/09 /2024 | Debit: Signature purchase from 445488848992 DD DOORDASH HI-POINTE 8559731040 CA US 00000001 445488848992 | $30.89 |
| 01/10 /2024 | Debit: Preauthorized Payment to NORTHWESTERN MU for PYMNT TEL | $91.08 |

| | | |
|---|---|---|
| 01/10 /2024 | Debit: Signature purchase from 895204307881 EXXON BLUESTONE MID RI SAINT PETERS MO US 00010004 895204307881 | $23.34 |
| 01/10 /2024 | Debit: Signature purchase from 637869001748305 PANERA BREAD #606068 P TOWN AND COUN MO US 99999999 637869001748305 | $17.31 |
| 01/10 /2024 | Debit: Signature purchase from 4445044126706 STARBUCKS 800-782-7282 SEATTLE WA US 99999999 4445044126706 | $10.00 |
| 01/10 /2024 | Debit: Signature purchase from 4445044126706 STARBUCKS 800-782-7282 SEATTLE WA US 99999999 4445044126706 | $15.00 |
| 01/11 /2024 | Debit: Signature purchase from 03844622664ICK CHICK-FIL-A #02664 SAINT PETERS MO US 0022 03844622664ICK | $13.44 |
| 01/11 /2024 | Debit: Signature purchase from 160146000762203 Amazon Music*RT1IA73O2 888-802-3080 WA US 99999999 160146000762203 | $9.99 |
| 01/11 /2024 | Debit: Signature purchase from 445488848992 DD DOORDASH ARBYS 8559731040 CA US 00000001 445488848992 | $12.83 |
| 01/12 /2024 | Debit: Signature purchase from 445488848992 DD DOORDASH STARBUCKS 8559731040 CA US 00000001 445488848992 | $31.77 |
| 01/13 /2024 | Debit: Signature purchase from 4445044126706 STARBUCKS 800-782-7282 SEATTLE WA US 99999999 4445044126706 | $15.00 |
| 01/14 /2024 | Debit: Signature purchase from 08515950648WSP WAL-MART #0648 ST. PETERS MO US 00010032 08515950648WSP | $53.54 |
| 01/15 /2024 | Debit: Signature purchase from PAYPAL *INSTANTINK San Jose CAUS | $12.70 |
| 01/15 /2024 | Debit: PIN purchase from AUTOZONE 0284 3721 N ST PETERS P ST PETERS MOUS | $294.11 |
| 01/15 /2024 | Debit: PIN purchase from AUTOZONE 0284 3721 N ST PETERS P ST PETERS MOUS | $26.98 |
| 01/15 /2024 | Debit: PIN purchase from WM SUPERCENTER #648 Wal-Mart Super Center SAINT PETERS MOUS | $6.13 |
| 01/15 /2024 | Debit: Signature purchase from 451415000053360 SQ *LEMON SWEET SUGARI St Louis MO US 99999999 451415000053360 | $86.25 |
| 01/15 /2024 | Debit: Signature purchase from 230202000230033 CASH APP*JUSTIN YOUNG San Francisco CA US 99999999 230202000230033 | $100.00 |
| 01/16 /2024 | Debit: Preauthorized Payment to UNITED OF OMAHA for INS PREM | $12.40 |
| 01/16 /2024 | Debit: Preauthorized Payment to ATT for Payment | $236.00 |
| 01/16 /2024 | Debit: Preauthorized Payment to DAUGHERTYEPAYFEE for ONLINEFEE | $2.00 |
| 01/16 /2024 | Debit: Preauthorized Payment to CHAPTER13TRUST for ONLINEPMT | $1,670.00 |
| 01/16 /2024 | Debit: Signature purchase from UBER *TRIP San FranciscoCAUS | $33.98 |

Beep beep! Your Drive Up order ending in 6105 was picked up.

From: Target (orders@oe.target.com)

To: [redacted].com

Date: Friday, November 24, 2023 at 06:29 PM CST

Order #912000281756105

# Your order was picked up on Fri, Nov 24

## at St Peters



**Total paid** **$151.12**

**Scan for in-store returns:**

2-3328-3991-0085-6641-5

VCD: 752-256-631

## Any issues with your order?

Save time and fix issues like missing or incorrect items online. This order will be eligible for online support tomorrow.

Fix an issue

## Item picked up



**AirPods (3rd Generation) with Lightning Charging Case**

Qty: 1

Visit order details

### Returns made easy, with Drive Up

Make returns without leaving your car, only in the Target app.

**Learn more**



Help | Returns | Contact | Find a store | Terms of use | Privacy

Target.com

© 2023 Target Brands, Inc.

# iPhone 15 Pro Max Prices



*Disclosure: If you buy through our links, we may earn commission as an affiliate & Amazon Associate.*

| Configurations | | | | | | Discount Price Alert |
|---|---|---|---|---|---|---|
| iPhone 15 Pro Max, 256GB Black Titanium | $1,199 | $33.33/mo | $33.34/mo | n/a | $0 | |
| iPhone 15 Pro Max, 256GB Blue Titanium | $1,199 | $33.33/mo | $33.34/mo | n/a | $0 | |
| iPhone 15 Pro Max, 256GB White Titanium | $1,199 | $33.33/mo | $33.34/mo | n/a | $0 | |
| iPhone 15 Pro Max, 256GB Natural Titanium | $1,199 | $33.33/mo | $33.34/mo | n/a | $0 | |
| iPhone 15 Pro Max, 512GB Black Titanium | $1,399 | $38.88/mo | $38.89/mo | n/a | $0 | |
| iPhone 15 Pro Max, 512GB Blue Titanium | $1,399 | $38.88/mo | $38.89/mo | n/a | $0 | |
| iPhone 15 Pro Max, 512GB White Titanium | $1,399 | $38.88/mo | $38.89/mo | n/a | $0 | |
| iPhone 15 Pro Max, 512GB Natural Titanium | $1,399 | $38.88/mo | $38.89/mo | n/a | $0 | |
| iPhone 15 Pro Max, 1TB Black Titanium | $1,599 | $44.44/mo | $44.45/mo | n/a | $0 | |
| iPhone 15 Pro Max, 1TB Blue Titanium | $1,599 | $44.44/mo | $44.45/mo | n/a | $0 | |
| iPhone 15 Pro Max, 1TB White Titanium | $1,599 | $44.44/mo | $44.45/mo | n/a | $0 | |
| iPhone 15 Pro Max, 1TB Natural Titanium | $1,599 | $44.44/mo | $44.45/mo | n/a | $0 | |

# iPhone 15 Pro Max Prices



| | | | |
|---|---|---|---|
| iPhone 15 Pro Max, 256GB Blue Titanium | $1,199 | $0 | 🔔 |
| iPhone 15 Pro Max, 256GB White Titanium | $1,199 | $0 | 🔔 |
| iPhone 15 Pro Max, 256GB Natural Titanium | $1,199 | $0 | 🔔 |
| iPhone 15 Pro Max, 512GB Black Titanium | $1,399 | $0 | 🔔 |
| iPhone 15 Pro Max, 512GB Blue Titanium | $1,399 | $0 | 🔔 |
| iPhone 15 Pro Max, 512GB White Titanium | $1,399 | $0 | 🔔 |
| iPhone 15 Pro Max, 512GB Natural Titanium | $1,399 | $0 | 🔔 |
| iPhone 15 Pro Max, 1TB Black Titanium | $1,599 | $0 | 🔔 |
| iPhone 15 Pro Max, 1TB Blue Titanium | $1,599 | $0 | 🔔 |
| iPhone 15 Pro Max, 1TB White Titanium | $1,599 | $0 | 🔔 |
| iPhone 15 Pro Max, 1TB Natural Titanium | $1,599 | $0 | 🔔 |

---

ai

© 2026 Quiller Media, Inc.

Designed by **Crafted**

Terms of Use Privacy Contact

Your order has arrived!

From: AT&T Orders (orders@account.att-mail.com)

To: [redacted]

Date: Wednesday, December 6, 2023 at 02:21 PM CST

AT&T

The wait is over!

# You've got new stuff

Let's get you set up. Just follow a few simple steps to activate your device and transfer your contacts, photos, and videos.

Get started

| Ordered | Shipped | Delivered |
|---|---|---|
| Dec. 3, 2023 | Dec. 6, 2023 | Dec. 6, 2023 |



## Apple iPhone 15 Pro Max

Black Titanium 1TB
***.***.9291

Tracking # 719404556022

Shipping method: FedEx

Check your order status to get the latest updates.

# Your order details

Order # 23-678116272932279

Account ending in: 4905

Delivery address

Deonna Anderson
531 Molina Way
Saint Charles, MO 63304

Made for you: The myAT&T app makes it easy to update your AT&T Wireless account info, pay your bill, track usage, shop, and more.

App Store Google Play

# Protect and enhance your device



at&t

AT&T Single Port 20W Power Delivery Wall Block (USB-C)

at&t

AT&T 15W Magnetic Charging Pad



apple

Apple AirPods Pro (2nd generation) with MagSafe Charging Case (USB-C)

Explore accessories

Support | myAT&T | Contact us

Want to return or exchange something? Check out our policy at att.com/returns.

We can't guarantee shipping and delivery dates because lack of inventory, weather, grounded flights, or other unforeseen issues can cause delays. Also, if we receive your order after 4 p.m. CT, we'll start working on it the next business day. Keep in mind: No shipments or deliveries on holidays or weekends.

Your order has arrived!

From: AT&T Orders (orders@account.att-mail.com)

To: [redacted]

Date: Wednesday, December 6, 2023 at 02:21 PM CST

AT&T

The wait is over!

# You've got new stuff

Let's get you set up. Just follow a few simple steps to activate your device and transfer your contacts, photos, and videos.

Get started

| Ordered | Shipped | Delivered |
| --- | --- | --- |
| Dec. 3, 2023 | Dec. 6, 2023 | Dec. 6, 2023 |



## Apple iPhone 15 Pro Max

Black Titanium 1TB
***.***.9291

Tracking # 719404556022

Shipping method: FedEx

Check your order status to get the latest updates.

# Your order details

Order # 23-678116272932279

Account ending in: 4905

Delivery address

Deonna Anderson
531 Molina Way
Saint Charles, MO 63304

Made for you: The myAT&T app makes it easy to update your AT&T Wireless account info, pay your bill, track usage, shop, and more.

App Store Google Play

# Protect and enhance your device



at&t

AT&T Single Port 20W Power Delivery Wall Block (USB-C)

at&t

AT&T 15W Magnetic Charging Pad



apple

Apple AirPods Pro (2nd generation) with MagSafe Charging Case (USB-C)

Explore accessories

Support | myAT&T | Contact us

Want to return or exchange something? Check out our policy at att.com/returns.

We can't guarantee shipping and delivery dates because lack of inventory, weather, grounded flights, or other unforeseen issues can cause delays. Also, if we receive your order after 4 p.m. CT, we'll start working on it the next business day. Keep in mind: No shipments or deliveries on holidays or weekends.

Your order has arrived!

From: AT&T Orders (orders@account.att-mail.com)

To: [redacted]

Date: Wednesday, December 6, 2023 at 02:21 PM CST

AT&T

The wait is over!

# You've got new stuff

Let's get you set up. Just follow a few simple steps to activate your device and transfer your contacts, photos, and videos.

Get started

| Ordered | Shipped | Delivered |
|---|---|---|
| Dec. 3, 2023 | Dec. 6, 2023 | Dec. 6, 2023 |



## Apple iPhone 15 Pro Max

Black Titanium 1TB
***.***.9291

Tracking # 719404556022

Shipping method: FedEx

Check your order status to get the latest updates.

# Your order details

Order # 23-678116272932279

Account ending in: 4905

Delivery address

Deonna Anderson
531 Molina Way
Saint Charles, MO 63304

Made for you: The myAT&T app makes it easy to update your AT&T Wireless account info, pay your bill, track usage, shop, and more.

Download on the App Store   Google Play

# Protect and enhance your device



at&t

AT&T Single Port 20W Power Delivery Wall Block (USB-C)

at&t

AT&T 15W Magnetic Charging Pad



apple

Apple AirPods Pro (2nd generation) with MagSafe Charging Case (USB-C)

Explore accessories

Support | myAT&T | Contact us

Want to return or exchange something? Check out our policy at att.com/returns.

We can't guarantee shipping and delivery dates because lack of inventory, weather, grounded flights, or other unforeseen issues can cause delays. Also, if we receive your order after 4 p.m. CT, we'll start working on it the next business day. Keep in mind: No shipments or deliveries on holidays or weekends.